UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
-----------------------------------------------------------x

SIDNEY ABUSCH & DARLA J. LEONARD
Petitioners

Versus

UNITED STATES OF AMERICA
Respondent
-----------------------------------------------------------x

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2014 MAY -1  PM 3: 43

SIGN_____
BY DEPUTY CLERK

## PETITION TO QUASH SUMMONS

**NOW INTO COURT,** come Sidney Abusch & Darla J. Leonard, petitioners herein, appearing in proper person, to state and allege the following:

I

Petitioners, whose mailing address is 5701 Plauche Court, New Orleans, LA 70123 bring this action pursuant to 26 U.S.C. § 7609, *et seq*.

II

This Honorable Court has jurisdiction over this matter under 26 U.S.C., Section 7604(a), for according to the summons issued by the Internal Revenue Service (Exhibit "A") the third party record keeper, JP Morgan Chase Bank, N.A., is to be found in this district.

III

The delay in filing this petition is due to the fact that a petition to quash had been previously filed within the required twenty days in the United States District Court for the Eastern District of Louisiana, but was dismissed without prejudice, due to lack of jurisdiction.

IV

Sidney Abusch & Darla J. Leonard have duly filed individual income tax returns, Form 1040, for the years 2008, 2009 and 2010, which are currently being examined by Denise Adams, Revenue Agent, for the Internal Revenue Service in Houma, LA.

V

Pursuant to this examination, the said Revenue Agent has issued a summons to JP Morgan Chase Bank, N.A. A copy of this summons is attached hereto and identified as Exhibit "A".

VI

The summons requested production of various documents and information relating to the years 2006, 2007, 2008, 2009 and 2010.

VII

The years 2006 and 2007 are "closed" years. The Internal Revenue Service cannot audit and assess additional tax due to the three (3) year statute of limitations.

VIII

The summons is overly broad in scope and demands information that is irrelevant and has no bearing to the issues arising out of the years 2008, 2009 and 2010. It therefore constitutes an unreasonable search and seizure, prohibited by the Fourth (4th) Amendment to the United States Constitution.

IX

Petitioners submit that the Internal Revenue Service has issued this summons for materials that is already in its possession, since it issued a summons to JP Morgan Chase Bank, N.A. for the same materials on May 6, 2013. A copy of that summons is attached hereto and

identified as Exhibit "B", and to the best of the petitioners' knowledge, that summons was complied with.

X

There is currently no enforcement action existing concerning the years 2006 and 2007, hence a summons for records relating to those years constitutes an abuse of process.

**WHEREFORE,** Petitioners pray for judgment in their favor, quashing the summonses and for other relief that this Honorable Court deems equitable and just.

Respectfully submitted,

*/s/ Sidney Abusch*
Sidney Abusch, Petitioner
5701 Plauche Court
New Orleans, LA  70123
504-818-0510

*/s/ Darla J. Leonard*
Darla J. Leonard, Petitioner
5701 Plauche Court
New Orleans, LA  70123
504-818-0510

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
------------------------------------------------------------x

SIDNEY ABUSCH & DARLA J. LEONARD
                                        **Petitioners**

          Versus

UNITED STATES OF AMERICA
                                        **Respondent**

------------------------------------------------------------x

## ORDER

**BASED UPON** the Petition of Sidney Abusch and Darla J. Leonard to Quash the Internal Revenue Service Summons:

**IT IS HEREBY ORDERED** that the United States of America, through its appropriate officers and/or personnel appear before the United States District Court for the Middle District of Louisiana, on the _____ day of _____ 2014, at ___:___ __.M. and show cause why the Internal Revenue Service Summons directed to JP Morgan Chase Bank, N.A. on February 27, 2014, a copy of which is attached to the Petition as Exhibit "A", should not be quashed.

**IT IS FURTHER ORDERED** that a copy of this Order together with Petition and the attached exhibit be served on JP Morgan Chase Bank, N.A. the United States of America and appropriate personnel immediately.

**IT IS FURTHER ORDERED** that, within fourteen (14) days of service of this order, Petition, with the attached Exhibit, Respondent file a written response to the Petition and that if Respondent has any defense, to present a motion to make in opposition to the Petition, such

defenses, if any, shall be made in writing, filed with the Court and served on Petitioners at least seven (7) days prior to the date fixed for Respondent to appear and show cause. The Court may decline to consider those issues or defenses which are not raised timely by motion or other responsive pleading and any uncontested allegations in the Petition shall be deemed admitted.

      Signed this _____ day of _____, 2014, in Baton Rouge, Louisiana.


                                                                  _____
                                                                  UNITED STATES MAGISTRATE JUDGE

 # Summons 

Exhibit A

In the matter of  Sidney Abusch and Darla J. Leonard
Internal Revenue Service (Division):  Examination
Industry/Area (name or number):  SBSE / Gulf States Area
Periods:  2006, 2007, 2008, 2009, 2010

## The Commissioner of Internal Revenue

To:  The Custodian of Records for JP Morgan Chase Bank, N.A.

At:  CT Corp System, 5615 Corporate Boulevard, Suite 400 B, Baton Rouge, LA 70808

You are hereby summoned and required to appear before  Denise Adams  an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Records may pertain to an individual, sole proprietor with DBA, member of LLC, officer and/or board member of corporation, partner of general partnership, limited partnership, and/or trust. This request for records is as listed on the attachment.

Personal appearance is not necessary if the required records are received by mail by the date specified in the summons. A cover letter is required which outlines the information and records provided.

PLEASE CALL BEFORE COSTS EXCEED $2,000.00.

Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:
423 Lafayette Street, Room 108, Houma, LA 70360     (985) 876-6680 Extension 132

Place and time for appearance at  423 Lafayette Street, Room 108, Houma, LA 70360

**IRS**

on the ___24th___ day of ___March___, 2014 at ___4___ o'clock ___p.___ m.

Issued under authority of the Internal Revenue Code this ___27th___ day of ___February___, 2014

Department of the Treasury
Internal Revenue Service

www.irs.gov

Signature of issuing officer — Carla A. Smith
Digitally signed by G5QDB
DN: cn=G5QDB, email=Carla.Dalton@irs.gov
Date: 2014.02.27 12:35:31 -06'00'

Revenue Agent
Title

Group Manager
Title

Signature of approving officer (if applicable)

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

Part C — to be given to noticee

 

# Summons

EXHIBIT B

In the matter of: Sidney Abusch and Darla J. Leonard dba TSA
Internal Revenue Service (Division): Examination
Industry/Area (name or number): SBSE / Gulf States Area
Periods: 2006, 2007, 2008, 2009, 2010

## The Commissioner of Internal Revenue

To: The Custodian of Records for JP Morgan Chase Bank, N.A.

At: CT Corp system, 5615 Corporate Boulevard, suite 400 B, Baton Rouge, LA 70808

You are hereby summoned and required to appear before Denise Adams an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Records may pertain to an individual, sole proprietor with DBA, member of LLC, officer and/or board member of corporation, partner of general partnership, limited partnership, and/or trust. This request for records is as listed on the attachment.

Personal appearance is not necessary if the required records are received by mail by the date specified in the summons. A cover letter is required which outlines the information and records provided.

PLEASE CALL BEFORE COSTS EXCEED $2,000.00.

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_Denise Adams_ (Signature of IRS officer serving the summons)

Revenue Agent #1001022485 — Title

Business address and telephone number of IRS officer before whom you are to appear:
423 Lafayette Street, Room 108, Houma, LA 70360   (985) 876-6680 Extension 132

Place and time for appearance at 423 Lafayette Street, Room 108, Houma, LA 70360

**IRS** on the 6th day of May 2013 at 4 o'clock p. m.
Issued under authority of the Internal Revenue Code this 12th day of April, 2013

Department of the Treasury
Internal Revenue Service
www.irs.gov

_Denise Adams_ — Signature of issuing officer
Revenue Agent — Title

_Carla A. Smith_ (Digitally signed by G5QDB, DN: cn=G5QDB, email=Carla.Dalton@irs.gov, Date: 2013.04.12 09:21:56 -05'00')
Signature of approving officer (if applicable)
Group Manager — Title

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

Part A - to be given to person summoned