UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SIDNEY ABUSCH AND
DARLA J. LEONARD

VERSUS

UNITED STATES OF AMERICA

CIVIL ACTION

NO. 14-267-SDD-SCR

### RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated July 4, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Petition to Quash Summons*[3] filed by Sidney Abusch and Darla J. Leonard shall be dismissed for lack of jurisdiction.

Baton Rouge, Louisiana the 29 day of July, 2014.

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 3.
[3] Rec. Doc. 1.